UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES E. BRENNAN, JR.,
    Plaintiff,

v.                                       C.A. No. 10-186 S

TOWN OF SOUTH KINGSTOWN,
VINCENT VESPIA, Chief of Police,
STEPHEN ALFRED, Town Manager,
CLERK OF SOUTH KINGSTOWN, THE
TRUST: Rhode Island Interlocal
Risk Management Group, RENE
VESPIA CAOUETTE,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 14, 2011 (ECF #9), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, and a Suggestion of Death Upon the Record having been filed by the Defendants as to Plaintiff James E. Brennan, Jr., the Defendants' Motion for Summary Judgment (ECF #7) is hereby GRANTED as to all Defendants.

ENTER:

_____
William E. Smith
United States District Judge

Date: 5/17/11